IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY WILLIAMS, | : | No. 1:12-cv-2274 |
|     Plaintiff | : | |
| | : | (Judge Kane) |
|     v. | : | |
| | : | |
| LACKAWANNA COUNTY PRISON, | : | |
| et al., | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, this 14th day of January, 2014, in accordance with the attached Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's second motion for the appointment of counsel (Doc. No. 39) is **denied without prejudice**;

2. Defendants' motion to set aside entry of default (Doc. No. 28) is **granted**. The Clerk of Court is directed to **strike the default** entered as to Defendants Fox, Zaloga and Iannuzi on August 22, 2013;

3. Plaintiff's motion for contempt (Doc. No. 19) is **denied**;

4. Plaintiff's motion for injunctive relief (Doc. No. 23) is **denied**; and,

5. Defendants' Zaloga, Fox and Iannuzi shall file a response to Plaintiff's complaint within ten (10) days of this order.

                                                  S/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania