UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

GARY WILLIAMS,                      :
                                    :
          Plaintiff                 :     No. 1:12-CV-02274
                                    :
     vs.                            :     (Judge Kane)
                                    :
LACKAWANNA COUNTY PRISON,           :
et al.,                             :
                                    :
          Defendants                :

<u>ORDER</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1.   The Corrections Defendants' motion for summary judgment (Doc. No. 72) is **GRANTED.**

2.   The Medical Defendants' motion for summary judgment (Doc. No. 81) is **GRANTED.**

3.   The Clerk of Court shall enter judgment in favor of Defendants McMillan, Betti, Zolaga, Iannuzzi, Fox, Lamberti and Correctional Care, Inc., and against Plaintiff.

4.   The Clerk of Court shall **CLOSE** this case.

5.   Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.


  S/ Yvette Kane
Yvette Kane
United States District Judge


Date: March 16, 2016