UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY WILLIAMS, | : |
| Plaintiff | : No. 1:12-CV-02274 |
| vs. | : (Judge Kane) |
| LACKAWANNA COUNTY PRISON, et al., | : |
| Defendants | : |

ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for leave to file supplemental amended complaint (Doc. No. 96) is **DENIED.**

 S/ Yvette Kane
Yvette Kane
United States District Judge

Date: April 8, 2016